**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FOURSTAR GROUP USA, INC.,

    Plaintiff,
v.                                                          CASE NO: 8:05-cv-441-T-26EAJ

SANTA'S BEST CRAFT, L.L.C., et al.,

    Defendants.
                                           /

**O R D E R**

      Before the Court is Plaintiff/Counterdefendant's Motion to Dismiss the Counterclaim or, alternatively, Motion for Entry of Summary Final Judgment filed by Defendant Santa's Best Craft, L.L.C. (SBC) (Dkt. 36) and the Declaration of Richard E. Fee. (Dkt. 39). After careful consideration of the motion and the file, the Court concludes that a case or controversy still exists. SBC alleges in the body of the one-count Counterclaim (Dkt. 13), in addition to the infringement issue, that Plaintiff undertook the writing of letters to SBC customers with which SBC had contractual relationships, all for the purpose of diverting business from SBC. (Dkt. 13 at paras. 7, 8, & 9). In paragraph 10 of the Counterclaim, SBC alleges that its reputation was harmed and that it suffered damages. Accordingly, the Court finds that the a case or controversy exists as to the damages sought by SBC.

      It is therefore **ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss the Counterclaim or, alternatively, Motion for Entry of Summary Final Judgment (Dkt. 36) is **DENIED.**

      **DONE AND ORDERED** at Tampa, Florida, on May 29, 2008.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA
                                                UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record