**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FOURSTAR GROUP USA, INC.,

    Plaintiff,

v.                                                  CASE NO: 8:05-cv-441-T-26EAJ

SANTA'S BEST CRAFT, L.L.C., H.S. CRAFT
MANUFACTURING CO., and GRAND ASIA
ELECTRIC CO., LTD.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged as follows:

1) Plaintiff's Motion to Dismiss the Complaint (Dkt. 35) is granted.

2) The Court reserves jurisdiction to entertain a motion for attorney fees and costs as to the dismissal of Plaintiff's complaint.

2) The parties are directed to file a Case Management Report on or before June 30, 2008, with regard to Santa's Best Craft, LLC's counterclaim.

3) Because the Court has yet to conclude this case by entry of judgment, the parties are put on notice that any motion for fees and costs would be premature.

**DONE AND ORDERED** at Tampa, Florida, on May 30, 2008.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA
                                        UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record